**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tommy Pililimis, <br><br> Plaintiff, <br><br> v. <br><br> Midwest Fidelity Services, LLC, <br><br> Defendant. | Case No. 1:13-cv-01633 <br><br><br> **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 90 days.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312/242-1849
Fax: 312/242-1841
richard@meierllc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, April 15, 2013, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail.

Midwest Fidelity Services, LLC
c/o Mike Powell
5 Stubblefield Lane
Ottawa, KS 66067

                                                            */s/ Richard J. Meier*